UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL CORTEZ,<br><br>Defendant. | Case No. 3:26-cr-01966-WQH<br><br>ORDER |

IT IS HEREBY ORDERED that the unopposed Motion to Appear at Sentencing by Videoconference Or Alternatively to Continue Sentencing is denied in part and granted in part as follows. (ECF No. 37.)

A criminal defendant "must be present" at sentencing for a felony. Fed. R. Crim. P. 43(a)(3). "Present" generally means physically present. *See Valenzuela-Gonzalez v. U.S. Dist. Ct.*, 915 F.2d 1276, 1280–81 (9th Cir. 1990) (finding that appearance by closed circuit television did not satisfy the presence requirement absent a finding of necessity by the court). Defendant has failed to demonstrate with evidence that Defendant's remote appearance "is necessary as opposed

to convenient." *Id.* at 1281. Accordingly, Defendant's request to remotely appear at her sentencing is denied.

Defendant's request to continue the sentencing is granted and to facilitate her in-person appearance, the new hearing will be set in the afternoon. The sentencing hearing set for November 23, 2026, is vacated and reset to December 8, 2026, at 1:30PM.

Dated: November 19, 2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court